IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. DNCW2:14CR000003-1 |
| JOHN ALFRED DRIVER ) | (Financial Litigation Unit) |
| ) | |
| and ) | |
| ) | |
| EASTERN BAND OF CHEROKEE INDIANS, ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment [Docket#33], filed in this case against Defendant John Alfred Driver is DISMISSED.

Signed: January 29, 2016

_____
Dennis L. Howell
United States Magistrate Judge